1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7   UNITED STATES OF AMERICA,                 2:21-CR-322-JAD-EJY

8              Plaintiff,                      **Final Order of Forfeiture**

9        v.

10  ANTONETTE HARRIS,

11             Defendant.

12         The United States District Court for the District of Nevada entered a Preliminary

13  Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(I)(C)

14  with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 21 U.S.C. § 853(p) based upon the plea

15  of guilty by Antonette Harris to the criminal offense, forfeiting the property set forth in the

16  Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal

17  Indictment and shown by the United States to have the requisite nexus to the offense to

18  which Antonette Harris pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars,

19  ECF No. 36; Change of Plea, ECF No. 39; Plea Agreement, ECF No. 40; Preliminary

20  Order of Forfeiture, ECF No. 41.

21         This Court finds that on the government's motion, the Court may at any time enter

22  an order of forfeiture or amend an existing order of forfeiture to include subsequently

23  located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

24         This Court finds the United States published the notice of forfeiture in accordance

25  with the law via the official government internet forfeiture site, www.forfeiture.gov,

26  consecutively from February 23, 2024, through March 23, 2024, notifying all potential third

27  parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No.

28  42-1, p. 5.

1  This Court finds the United States notified known third parties by regular mail and

2  certified mail return receipt requested of their right to petition the Court. Notice of Filing

3  Service of Process – Mailing, ECF No. 44.

4  On March 7, 2024, the United States Attorney's Office served Aaron D. Ford,

5  Nevada Attorney General, with copies of the Preliminary Order of Forfeiture and the

6  Notice through regular mail and certified mail return receipt requested. Notice of Filing

7  Service of Process – Mailing, ECF No. 44-1, p. 3, 6-12, 14-15.

8  On March 7, 2024, the United States Attorney's Office served Richard Whitley,

9  Director, Nevada Dept. of Health and Human Services, with copies of the Preliminary

10  Order of Forfeiture and the Notice through regular mail and certified mail return receipt

11  requested. Notice of Filing Service of Process – Mailing, ECF No. 44-1, p. 3, 6-12, 16-17.

12  On March 7, 2024, the United States Attorney's Office served Stacie Weeks,

13  Administrator, Division of Health Care Financing and Policy, Nevada Dept. of Health and

14  Human Services, with copies of the Preliminary Order of Forfeiture and the Notice through

15  regular mail and certified mail return receipt requested. Notice of Filing Service of Process –

16  Mailing, ECF No. 44-1, p. 3, 6-12, 18-20.

17  On March 7, 2024, the United States Attorney's Office served Josh Porter, Division

18  of Health Care Financing and Policy, Nevada Dept. of Health and Human Services, with

19  copies of the Preliminary Order of Forfeiture and the Notice through regular mail and

20  certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF

21  No. 44-1, p. 3, 6-12, 21-22.

22  On March 7, 2024, the United States Attorney's Office served and attempted to serve

23  Sam Harris at Cackling Goose Drive with copies of the Preliminary Order of Forfeiture and

24  the Notice through regular mail and certified mail return receipt requested. The status of the

25  certified mail is unknown as the post office has the mail listed as moving through network

26  and in transit since March 15, 2024. Neither mailing was returned Notice of Filing Service

27  of Process – Mailing, ECF No. 44-1, p. 3, 6-12, 23-25.

28  / / /

On March 7, 2024, the United States Attorney's Office served and attempted to serve Sam Harris at Palladio Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail was returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 44-1, p. 3-4, 6-12, 26-28.

On March 7, 2024, the United States Attorney's Office attempted to serve Sam Harris at Hickam Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular and certified mail were returned as not deliverable as addressed, no such number, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 44-1, p. 4, 6-12, 29-31.

On March 7, 2024, the United States Attorney's Office attempted to serve Sam Harris at White Peaks Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both the regular and certified mail were returned as attempted – not known, not deliverable as addressed, and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 44-1, p. 4, 6-12, 32-34.

On March 7, 2024, the United States Attorney's Office served and attempted to serve Sam Harris at La Madre Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was not returned. The certified mail is being held at the post office at customer's request since March 9, 2024. Notice of Filing Service of Process – Mailing, ECF No. 44-1, p. 4, 6-12, 35-37.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property

1  hereinafter described are condemned, forfeited, and vested in the United States under Fed.

2  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C.

3  § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); 21 U.S.C. § 853(p) and

4  853(n)(7) and shall be disposed of according to law:

5          1.   $219,123.68 (property).

6          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R.

7  Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

8  rights, titles, and interests in the property are extinguished and are not recognized for

9  Antonette Harris; State of Nevada, including Nevada Medicaid and Nevada Dept. of

10  Health and Human Services; Sam Harris; and all third parties.

11          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all

12  forfeited funds, including but not limited to, currency, currency equivalents, and certificates

13  of deposit, as well as any income derived as a result of the government's management of any

14  property forfeited herein, shall be disposed of according to law.

15          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

16  copies of this Order to all counsel of record.

17          DATED _____*aug. 26*_____, 2024.

18

19

20                                          _____
                                            JENNIFER A. DORSEY
21                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28